MARTHA KING et al., Appellants, *v.* FRANMOR EQUITY CORPORATION et al., Respondents, Impleaded with Others.

Argued January 23, 1941; decided February 27, 1941.

*Hugo E. Rogers, Sidney Hauptman* and *Ralph Losso* for appellants.

*C. Elmer Spedick* and *Gerard A. Cartier* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.